THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR. 
 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Neal Stevens, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-527
Submitted November 1, 2007  Filed
 November 13, 2007
AFFIRMED

 
 
 
 Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, Assistant
 Attorney General Julie M. Thames, all of Columbia, and Solicitor Barbara R.
 Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:   
 Neal Stevens appeals his conviction of first-degree criminal sexual conduct.  Stevens
 asserts the trial judge erred in denying his motion for directed verdict on the
 basis that a reasonable jury could not have found
 him guilty of the single first-degree criminal sexual conduct charge, because
 the jury acquitted him on nearly identical charges, based on the similar
 evidence, involving the same victim.  We affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities:  State v. Edwards, 298 S.C. 272, 275, 379 S.E.2d 888, 889 (1989) (finding that on a
 motion for a directed verdict in a criminal case, the trial court is concerned
 with the existence or non-existence of evidence, not its weight);  State v.
 McGowan, 347 S.C. 618, 622, 557 S.E.2d 657, 659 (2001) (holding if the
 State presents any direct evidence or any substantial circumstantial evidence
 which reasonably tends to prove the guilt of the accused, an appellate court
 must find the case was properly submitted to the jury). 
AFFIRMED.
HEARN, C.J., and KITTREDGE and THOMAS, JJ., concur.

[1]  Because oral argument would not aid the court in
 resolving the issues on appeal, we decide this case without oral argument
 pursuant to Rule 215, SCACR.